UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

NHS, Inc., et al.
                                        Plaintiff,

v.                                      Case No.: 1:25−cv−11618
                                        Honorable Charles P. Kocoras

The Partnerships Identified on Schedule A
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's motion for preliminary injunction is granted. The Clerk is directed to unseal Plaintiff's Complaint [2]; Exhibit 1 to the Complaint [2−1]; Schedule A to the Complaint [2−2]; Notification of Affiliates [7]; Notice of Claims Involving Trademarks [8]; Motion for Temporary Restraining Order [13]; Memorandum, Declaration, and Exhibits in Support of Plaintiff 's Motion for Temporary Restraining Order [14], [15]; and the Temporary Restraining Order [20]. Plaintiff is hereby ordered to add ALL defendant names listed in the Schedule A to the docket within three (3) business days. Instructions can be found at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. Status report is due on 12/16/2025. The presentment hearing scheduled on 11/18/2025 is stricken. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.